USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
J&J SPORTS PRODUCTIONS INC.,

                Plaintiff,

        -against-                         1:19-cv-08440 (ALC)

VASQUEZ ET AL.,                       ORDER

                Defendants.
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court previously scheduled a hearing in this matter for June 8, 2020 at 11:30 a.m. It is hereby ORDERED that this hearing will be held by telephone. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

    Additionally, Plaintiff is directed to serve a copy of this Order on Defendants, and file proof of such service by June 5, 2020.

**SO ORDERED.**

**Dated:   June 4, 2020**
               **New York, New York**                        _____
                                                                    **ANDREW L. CARTER, JR.**
                                                                    **United States District Judge**