UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J & J Sports Productions, Inc.,

                Plaintiff,                  ORDER GRANTING MOTION
                                                      FOR ATTORNEYS' FEES AND
                                                      COSTS  (proposed)

          -against -

                                                        Case No.: 1:19-cv-08440-ALC

Eugenia J Vasquez
a/k/a Eugenia Josefina Vasquez, et al
                          Defendant.
------------------------------------------------------------------X

        THIS MATTER having come before the Court on the Motion for Attorneys' Fees and Costs, and the Court having considered the pleadings and been otherwise advised,

        **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff is awarded costs in the amount of $1227.63, and attorneys' fees in the amount of $1,785.00, in addition to the JUDGMENT previously awarded herein.

**It is so ordered:**

DATED this __18th__ day of __September__, 2020.

                                                      /s/Andrew L. Carter, Jr.
                                                      _____
                                                      Honorable Andrew L. Carter, Jr
                                                      United States District Judge