# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

J & J Sports Productions, Inc.,

                Plaintiff,

-against-                      19 **CIVIL** 8440 (ALC)
                                    **JUDGMENT FOR**
                              **ATTORNEY'S FEES AND COSTS**

Eugenia J. Vasquez,
a/k/a Eugenia Josefina Vasquez, et al.,

                Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2020, Plaintiff is awarded costs in the amount of $1,227.63, and attorney's fees in the amount of $1,785.00. In addition to the judgment previously awarded.

**Dated:** New York, New York

      September 21, 2020

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                    **BY:**    _K. Mango_
                                                    **Deputy Clerk**