**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
J & J SPORTS PRODUCTIONS INC.,

                Plaintiff,

    -against-                            19 **CIVIL** 8440 (ALC)

                                          **JUDGMENT**

VASQUEZ, ET AL.,

                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 15, 2020, the Court ORDERS $1800 in statutory damages. In light of the conclusion that Defendants' violation was committed willfully and for the purposes of direct or indirect commercial advantage or private financial gain, the Court also considered enhanced damages pursuant to Section 605(e)(3)(C)(ii). This amount must be "sufficient to compensate the plaintiff and also deter the defendant [ ] and others from further violations." See Kingvision Pay-Per-View Ltd. v. Zalazar, 653 F. Supp. 2d 335, 343 (S.D.N.Y. 2009). However, the scale of the violation merits a lower award than Plaintiff's requested $16,2000. There were 13 people at the restaurant on the night in question and no entry fee was charged. It is therefore unlikely that Defendants made considerable profits from the violation. The Court therefore ORDERS $5000 in enhanced damages, which it concludes provides adequate deterrence and compensation.

**Dated:**  New York, New York

      September 24, 2020

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                      **BY:**    *K. Mango*
                                                  **Deputy Clerk**